Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO HOWARD,<br><br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 08-6851 SGL<br><br>**DEATH PENALTY**<br><br>ORDER RE TEMPORARY APPOINTMENT OF COUNSEL FOR PURPOSE OF DETERMINING WHETHER FEDERAL HABEAS LITIGATION IS PREMATURE AND REQUEST FOR JOINT STATUS REPORT |

Petitioner Alphonso Howard filed a request for the appointment of counsel and a stay of execution of death sentence in this Court on October 17, 2008.

Howard's conviction and sentence were affirmed on February 4, 2008. People v. Howard, 42 Cal. 4th 1000 (2008). Howard sought a writ of certiorari from the United States Supreme Court on June 25, 2008, which was denied on October 14, 2008. The denial of certiorari stated the running of the statute of limitations for the filing of a federal habeas petition. 28 U.S.C. § 2244(d)(1). However, Howard filed a state habeas petition on June 5, 2006. The federal statute of limitations is statutorily tolled, so long as the state habeas petition is deemed to be properly filed. 28 U.S.C. § 2244(d)(2).

Accordingly, the Court hereby appoints the Federal Public Defender of the Central District to represent Alphonso Howard for the limited purpose of determining whether Howard

is initiating these federal habeas proceedings prematurely. Howard does not declare that he believes he is compelled to file a federal habeas petition pursuant to <u>Pace v. DiGuglielmo</u>, 544 U.S. 408, 125 S. Ct. 1807, 161 L. Ed. 2d 669 (2005) at this time. Rather Howard simply states that he believes that the California Supreme Court may deny this state habeas petition, and then the federal limitations period will start running.

The Federal Public Defender and the Attorney General's Office shall file a Joint Status Report addressing whether Howard is prematurely initiating a federal habeas action, or whether a <u>Pace</u> protective petition is necessary in this case. The Joint Status Report shall be filed on or before November 10, 2008.

IT IS SO ORDERED.

Dated: October 22, 2008

STEPHEN G. LARSON
United States District Judge

# NOTICE PARTY SERVICE LIST

**Case No.** CV 08-06851 SGL     **Case Title** Alphonso Howard v. Robert L. Ayers, Jr., Warden

**Title of Document** ORDER STAYING EXECUTION AND RE: TEMPORARY APPOINTMENT

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓ | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| ✓ | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** *(if sending by fax, mailing address must also be provided)* |
|---|---|
| Name: | Jan B. Norman, Esq. |
| Firm: | Attorney at Law |
| Address *(include suite or floor)*: | 1000 Wilshire Blvd., Suite 600, Los Angeles, CA 90017 |
| *E-mail: | Also, See Addendum page for additional parties. |
| *Fax No.: | |

\* For CIVIL cases only

| **JUDGE / MAGISTRATE JUDGE** *(list below):* |
|---|
| |

Initials of Deputy Clerk jh

Notice Service Party List – Additional Parties Service List

CV 08-7-6851 SGL: Alphonso Howard -v- Robert Ayers, Jr.,
Service List re: Order Re: Temporary Appointment of Counsel

Hon. Stephen G. Larson
U.S. District Judge
United States District Court, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Sean Kennedy
Federal Public Defender
321 East 2nd Street
Los Angeles, CA  90012

Alphonso Howard
C.D.C. #H-54602
San Quentin State Prison
San Quentin, California 94974

Los Angeles County District Attorney
210 W. Temple, 18th Floor
Los Angeles, CA 90012

David Madeo
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013

David Adams
Deputy State Public Defender
801 "K" Street, Suite 1100
Sacramento, CA 95814

Robert L. Ayers, Jr., Acting Warden
San Quentin State Prison
San Quentin, CA 94974

Capital Habeas Law Clerks
U.S. District Court
312 N. Spring Street
Los Angeles, CA  90012

Michael G. Millman
Executive Director
California Appellate Project
101 Second Street, #600
San Francisco, CA 94105

Jan B. Norman
Attorney at Law
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017

Clerk of the Court
Los Angeles County Superior Court
210 W. Temple Street, 2nd Floor
Los Angeles, CA 90012

CV 08-7-6851 SGL: Alphonso Howard -v- Robert Ayers, Jr.,
Service List re: Order Re: Temporary Appointment of Counsel

I hereby certify that this document was served by First Class Mail Postage Prepaid or Inter-Office Messenger, to all counsel (or parties) at their respective most recent address of record in this action on this date.

    Dated: _____
    Deputy Clerk: _____