Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALPHONSO HOWARD, <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin, <br><br> Respondent. | NO. CV 08 6851 - SGL <br><br> **DEATH PENALTY CASE** <br><br> [~~PROPOSED~~] ORDER STAYING EXECUTION AND REFERRING THE MATTER TO THE CAPITAL CASE COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL |

IT IS HEREBY ORDERED that the Court grants petitioner, Alphonso Howard, a stay of the execution of his sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, pending the disposition of the habeas corpus proceedings in this Court and throughout all appellate proceedings in this matter, and that the stay of execution shall terminate when the mandate of the Ninth Circuit Court of Appeals is issued, filed, and spread on the minutes of the United States District Court.

IT IS FURTHER ORDERED, that this matter be referred to the Capital Case Committee for the United States District Court, Central District of California, for appointment of the Federal Defender or other qualified counsel to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Robert L. Ayers, Jr., Warden of San Quentin State Prison; the Clerk of the Los Angeles County Superior Court; David Madeo, Deputy Attorney General of the State of California; the Office of the District Attorney of Los Angeles County; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: 10-22-08

UNITED STATES DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

**Case No.** CV 08-06851 SGL    **Case Title** Alphonso Howard v. Robert L. Ayers, Jr., Warden

**Title of Document** ORDER STAYING EXECUTION AND RE: TEMPORARY APPOINTMENT

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| ✓ | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service -Santa Ana (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Probation Office (USPO) |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | ✓ | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| ✓ | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| ✓ | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| ✓ | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

✓ **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided)

Name: Jan B. Norman, Esq.

Firm: Attorney at Law

Address *(include suite or floor)*: 1000 Wilshire Blvd., Suite 600, Los Angeles, CA 90017

*E-mail:

*Fax No.:

* For CIVIL cases only

Also, See Addendum page for additional parties.

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk jh

G-75 (03/07)    NOTICE PARTY SERVICE LIST

(✓) Notice Service Party List – Additional Parties Service List

CV 08-7-6851 SGL: Alphonso Howard -v- Robert Ayers, Jr.,
Service List re: Order Re: Temporary Appointment of Counsel

Hon. Stephen G. Larson
U.S. District Judge
United States District Court, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Sean Kennedy
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

✓ Alphonso Howard
C.D.C. #H-54602
San Quentin State Prison
San Quentin, California 94974

✓ Los Angeles County District Attorney
210 W. Temple, 18th Floor
Los Angeles, CA 90012

✓ David Madeo
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013

David Adams
Deputy State Public Defender
801 "K" Street, Suite 1100
Sacramento, CA 95814

Robert L. Ayers, Jr., Acting Warden
San Quentin State Prison
San Quentin, CA 94974

Capital Habeas Law Clerks
U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012

✓ Michael G. Millman
Executive Director
California Appellate Project
101 Second Street, #600
San Francisco, CA 94105

Jan B. Norman
Attorney at Law
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017

✓ Clerk of the Court
Los Angeles County Superior Court
210 W. Temple Street, 2nd Floor
Los Angeles, CA 90012

CV 08-7-6851 SGL: Alphonso Howard -v- Robert Ayers, Jr.,
Service List re: Order Re: Temporary Appointment of Counsel

I hereby certify that this document was served by First Class Mail Postage Prepaid or Inter-Office Messenger, to all counsel (or parties) at their respective most recent address of record in this action on this date.

Dated: _____
Deputy Clerk: _____